**MARTIN BROTHERS, P.C.**
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

JOHN R. MARTIN

OF COUNSEL·
SANDRA MICHAELS

202 THE GRANT BUILDING
FAIRLIE-POPLAR DISTRICT
44 BROAD STREET, N.W.
ATLANTA, GEORGIA 30303
TELEPHONE 404-522-0400
FAX 404-223-6467

**VIA EMAIL**

March 2, 2018

The Honorable Clay D. Land
US District Court
Middle District of Georgia
columbus.ecf@gamd.uscourts.gov

RE:  Continued Representation of Carlton Gary,
     Gary v. Humphrey, Case Number 4:97-cv-00181-CDL.

Dear Judge Land,

    As you know, Michael McIntyre and I were appointed to represent Mr. Gary in post-conviction proceedings challenging his death sentences pursuant to 18 U.S.C. §3599(a)(1) and (2). 18 U.S.C. §3599(e) provides, "Unless replaced by similarly qualified counsel upon the attorney's own motion or upon motion of the defendant, each attorney so appointed shall represent the defendant throughout every subsequent stage of available judicial proceedings, including….applications for writ of certiorari to Supreme Court of the United States, and all available post-conviction process, together with applications for stays of execution and other appropriate motions and procedures, and shall also represent the defendant in such competency proceedings and proceedings for execution or other clemency as may be available to the defendant." See, Harbison v. Bell, 558 U.S. 180, 185-186 (2009).

    As you may be aware, Mr. Gary's Extraordinary Motion for New Trial or in the Alternative for a New Sentencing, filed in the Superior Court of Muscogee County, and his Application for Discretionary Appeal on Behalf of Applicant Carlton Gary, filed with the Supreme Court of Georgia, were both denied and an Execution Warrant has been signed by the Superior Court of Muscogee County. The execution date has been set for March 15, 2018. In addition, the Georgia Board of Pardons and Paroles has set a clemency hearing for March 14, 2018. A copy of the letter from the Parole Board is attached hereto.

    Given our obligations under 18 U.S.C. §3599(e), with the Court's approval, we will represent Mr. Gary with respect to the State clemency proceedings, as well as any federal post-conviction proceedings, such as the possibility of a successor federal habeas corpus action based upon the favorable DNA testing and upon the State's destruction of DNA evidence, which occurred during Mr. Gary's Extraordinary Motion for New Trial or in the Alternative for a New

The Honorable Clay D. Land
March 2, 2018
Page 2 of 2

Sentencing. Of course, none of the issues pertaining to DNA testing in Mr. Gary's case have been reviewed by any federal court. Additionally, during previous proceedings, Mr. McIntyre's associate, Ms. Victoria Smith, was approved to work on Mr. Gary's case at a reduced hourly rate of $125.00. With the Court's approval, he would like for his current associate, Ms. Jessica Lexmond, to work on Mr. Gary's case at the reduced hourly rate of $125.00. Ms. Lexmond has been working with Mr. McIntyre as an associate attorney for over nine years, has been working with him on Mr. Gary's Extraordinary Motion for New Trial or in the Alternative for a New Sentencing, and is very familiar with the record in Mr. Gary's case. Mr. McIntyre has been compensated for her time at a reduced hourly rate during proceedings on the Extraordinary Motion for New Trial or in the Alternative for a New Sentencing.

Please accept this correspondence as our request that we be compensated as contemplated by 18 U.S.C. §3599(e) effective February 27, 2018, the date on which we were provided notice of Mr. Gary's State clemency hearing. We will proceed as described above, unless we hear otherwise from the Court. Thank you for your time in this matter.

Respectfully,

*John R. Martin*

John R. Martin

Enclosure



# STATE BOARD OF PARDONS AND PAROLES

| | | |
|---|---|---|
| James W. Mills<br>Chairman<br><br>Braxton T. Cotton<br>Vice-Chairman | 2 MARTIN LUTHER KING, JR. DRIVE, S.E.<br>FLOYD BUILDING, BALCONY LEVEL, EAST TOWER<br>ATLANTA, GEORGIA 30334-4909<br>(404) 656-4661<br>WWW.PAP.GEORGIA.GOV | Terry E. Barnard<br>Member<br>Brian Owens<br>Member<br>Jacqueline Bunn, Esq.<br>Member |

February 23, 2018

VIA E-MAIL: jack@martinbroslaw.com

John R. Martin, Esq.
Martin Brothers PC
44 Broad Street NW, Suite 202
Atlanta, Georgia 30303

RE: Carlton Gary, EF 197140

Dear Mr. Martin:

This is to advise you that the Parole Board has scheduled an appointment for those in support of executive clemency for Mr. Gary on his death sentence. The appointment is scheduled for **Wednesday, March 14, at 9:00 a.m.** It is anticipated that this meeting will not be open to the public but be conducted as an excluded proceeding pursuant to O.C.G.A. § 50-14-3.

**Please forward the names of those persons you would like to attend the appointment by 12:00 p.m. on Monday, March 12.** You may fax the names of these persons directly to me at 404-651-6670. The Board reserves the right to meet only with those persons agreed upon beforehand. In addition, you need to designate who will be addressing the Board on behalf of Mr. Gary and their relation to him. Normally, the Board limits these appointments to ten or fewer persons.

**Your party should go through security on the Plaza Level, then report to the Board's Reception Room (Suite 458, East Tower, 2 MLK, Jr. Dr.) via the elevators by 8:15 a.m. for a security screening.** We will have staff available to assist you and your party upon your arrival.

Representatives of the Board plan to interview Mr. Gary on a date yet to be determined. I will provide you with that information once it is available. You are welcome to be present at the interview. However, this is not the time to argue Mr. Gary's case; the Board wants to know what he has to say.

If you have any written materials you would like the Board to consider, please forward said

materials to this office by **12:00 p.m. on Wednesday, March 7**, to give the Board Members sufficient time to study them and thereby be better prepared for their appointment with you.

In order to make a proper clemency decision, the Board requests a release of confidential information from your client to enable the Board to obtain copies of all medical, mental health, psychological, and diagnostic records relating to Mr. Gary that are in the possession of the Department of Corrections. The Department of Corrections will accept a copy of a duly executed release, accompanied by a letter from you, his attorney of record, authorizing the Board to exercise said release. These documents may be faxed to our office or sent via email to laquandra.smith@pap.ga.gov.

If you have any questions, please contact me or my paralegal, Lisa Scroggins, at 404-651-6671.

Sincerely,

La'Quandra L. Smith
Director of Legal Services

Cc: Board Members
Director of Parole
Director of Clemency
Director of Internal Affairs and Training
Director of Public Information