IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CARLTON MICHAEL GARY, : | |
| : | |
| Petitioner, : | |
| : | |
| VS. : | |
| : | CIVIL NO: 4:97-CV-181-CDL |
| Warden CARL HUMPHREY, : | |
| : | |
| Respondent. : | |

## **ORDER**

Counsel for Carlton Gary has notified the Court that they continue to represent Mr. Gary in his attempt to obtain post-conviction relief from his death sentences. March 2, 2018 Letter from John R. Martin, ECF No. 266. They intend to pursue such relief at Mr. Gary's March 14, 2018 state clemency hearing and with a possible successive federal habeas action based upon DNA evidence that was the subject of Mr. Gary's Extraordinary Motion for New Trial, which was denied by the Superior Court of Muscogee County. *Id*.1 Gary's counsel request that they be compensated as contemplated by 18 U.S.C. §3599(e) effective February 27, 2018.

Mr. Gary is entitled to appointed counsel for his state clemency hearing. *Harbison v. Bell*, 556 U.S. 180 (2009). Accordingly, counsel shall be reasonably compensated for their representation of Mr. Gary in preparation for and during that proceeding. Jessica

---

1 The Georgia Supreme Court denied Gary's Application for Discretionary Appeal of that order. *Gary v. State,* No. S18D0399 (Ga. December 1, 2017).

Lexmond, associate for Michael McIntyre, may take the place of and be compensated at the same hourly rate ($125.00) as his previous associate.  March 2, 2018 Letter from John R. Martin, ECF No. 266.

This authorization does not include any advance authorization for the payment of expert expenses and fees.  In light of the expenses and fees already paid by the Court for investigative and expert services in this case, any request for expert expenses or fees would need to be certified as "necessary to provide fair compensation for services of an unusual character or duration" and "approved by the chief judge of the circuit."  18 U.S.C. 3599(g)(2); Order, ECF No. 211.  Any request for expert expenses must be presented separately with justification as to why they are reasonably necessary. See 18 U.S.C. § 3599(f)-(g).

It is premature for this Court to make any decision with regard to compensation to pursue a successive federal habeas corpus action given that Petitioner is required to obtain authorization from the Court of Appeals before this Court would have jurisdiction over such a petition.  28 U.S.C. § 2444(b)(3)(A).

**SO ORDERED** this 6th day of March, 2018.

    _S/Clay D.Land
    CLAY D. LAND, CHIEF JUDGE
    UNITED STATES DISTRICT COURT