IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CARLTON MICHAEL GARY,
    Petitioner,

v.

WARDEN ERIC SELLARS,
    Respondent.

ORIGINAL INDICTMENT NOS.
48573, 48574, 48936, 48937

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, Petitioner Carlton Michael Gary, in the above-entitled case and pursuant to 21 U.S.C. 848(q)(4)(B), and moves this Court to appoint counsel to represent him in the enclosed Motion for Supersedeas or Remittitur, Evidentiary Hearing, and appointment of Counsel. Petitioner has been determined by the Court to be indigent, and declares under penalty of perjury that his state has not altered.

*Carlton Michael Gary*
CARLTON MICHAEL GARY
EF# 418413 G1-14
P.O. Box 3877
Jackson, GA 30233-00

This 5th day of March, 2018